**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
           *Plaintiff-Appellee,*

v.

HUGO ARMANDO LOMELI-MENCES,
           *Defendant-Appellant.*

No. 07-50452

D.C. No.
CR-07-00075-SGL
Central District of
California,
Riverside

ORDER

Filed September 30, 2009

Before: Harry Pregerson, Susan P. Graber, and
Kim McLane Wardlaw, Circuit Judges.

## ORDER

The opinion filed on May 28, 2009, and published at 567 F.3d 501, is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. The opinion is replaced by the memorandum disposition filed concurrently with this order.

With the filing of the memorandum disposition, the petition for panel rehearing is DENIED. No further petitions for rehearing or petitions for rehearing en banc will be entertained.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.